PAULINA COLBURN, Respondent, *v.* ADAM MARSH et al., Appellants.*

(Argued December 11, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 28, 1893, which reversed a judgment in favor of defendant entered upon the report of a referee and granted a new trial.

*J. I. Fowler* for appellants.

*William H. Henderson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

LOUIS KNELL et al., Respondents, *v.* WILLIAM STEPHAN et al., Appellants.

(Argued December 11, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Wm. H. Henderson* for appellants.

*C. S. Cary* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

* Reported below, 68 Hun 269.